## In re: Eric RAMPERT, Petitioner.

### No. 12–2713.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Rule 21, Fed. R.App. P.
July 19, 2012.

Opinion filed: Aug. 30, 2012.

Eric Rampert, Coal Township, PA, pro se.

Sean A. Kirkpatrick, Esq., Office of Attorney General of Pennsylvania, Harrisburg, PA, for Defendants.

Before: McKEE, Chief Judge, ALDISERT and GARTH, Circuit Judges.

## OPINION

### PER CURIAM.

Eric Rampert petitions this Court for a writ of mandamus compelling the United States District Court for the Middle District of Pennsylvania to rule on a habeas corpus petition. We will dismiss the petition as moot.

In June of 2011, Rampert filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Commonwealth of Pennsylvania responded on August 17, 2011, and Rampert filed a traverse on August 26, 2011. On June 20, 2012, Rampert filed a petition with this Court seeking a writ of mandamus directing the District Court to rule on his petition. He later filed a motion for appointment of counsel.

On August 1, 2012, the District Court issued an order denying Rampert's petition. Accordingly, Rampert's mandamus petition is moot and we will therefore dismiss it. *See In re Orthopedic Bone Screw Prod. Liab. Litig.,* 94 F.3d 110 (3d Cir. 1996). The request for appointment of counsel is denied.